AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2020

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| United States of America | ) |
| v. | ) |
| Alexus Harris | ) Case No.  4:20-MJ-223-BD |
|  | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alexus Harris,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1591: Sex Trafficking
Title 18, United States Code, Section 2423(a): Transportation with intent to engage in criminal sexual activity
Title 18, United States Code, Section 1201: Kidnapping
Title 18, United States Code, Section 875: Extortion

Date:  10/14/2020                                                         _____
                                                                                            *Issuing officer's signature*

City and state:   Little Rock, Arkansas                      Beth Deere, United States Magistrate Judge
                                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)*  10-14-2020 , and the person was arrested on *(date)*  10-13-2020
at *(city and state)*  Little Rock, AR .
                                                                                        PC Arrest

Date:  10-14-2020                                                       _____
                                                                                        *Arresting officer's signature*

                                                                                        R. AARON HURST, Special Agent
                                                                                        *Printed name and title*